UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

      -v-                                                                                                                        No.  13 crim 986 (LTS)

DAMON CHAPPELLE (2)

                          Defendant.

-------------------------------------------------------x

## ORDER

      ORDERED that pursuant to sentence of time served imposed today, the defendant Damon Chappelle is discharged from the custody of the Bureau of Prisons.

      SO ORDERED.

Dated: New York, New York
       September 9, 2020

                                              /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge