UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
UNITED STATES OF AMERICA              :
:
   -against-                                  :            **ORDER**
:
DAMON CHAPPELLE,                      :
:
   Defendant.                                 :            Docket # 13-CR-986-LTS
:
-------------------------------------------------------x

      Brought before this Court is an application for authorization to compensate the undersigned attorney pursuant to the Criminal Justice Act.

      Counsel was appointed pursuant to the Criminal Justice Act to represent the defendant in connection with his appeal to the United States Court of Appeals for the Second Circuit ("the Second Circuit").  The case was thereafter remanded back to this Court by the Second Circuit.  Counsel represented the defendant in connection with the remand Order.  Those services having concluded counsel seeks to be compensated under the Criminal Justice Act.  Pursuant to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court finds that good cause existed which rendered it in the interests of justice to continue counsel's appointment to represent defendant before this Court.

      IT IS HEREBY ORDERED that Steven Y. Yurowitz is appointed to represent the defendant retroactive to the date he filed a notice of appearance in this court. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only.

                                                                                                                                             _____
                                                                                Steven Y. Yurowitz
                                                                                950 Third Avenue – 32nd Floor
                                                                                New York, New York 10022
                                                                                (212) 308-7900
                                                                                *Attorney for the Defendant*
                                                                                *Damon Chappelle*

SO ORDERED:

                             /s/ Laura Taylor Swain                Dated: 9/17/2020
                             Hon. Laura Taylor Swain,
                             Presiding Judge


                             /s/ Colleen McMahon                  Dated: 9/18/2020
                             Hon. Colleen McMahon
                             Chief Judge