UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DAMON CHAPPELLE,
   a/k/a "D,"

              Defendant.

**ORDER**

**13 Cr. 986 (LTS)**

WHEREAS, the Court entered judgment in the above-referenced matter on September 15, 2020 (Docket No. 306), as subsequently corrected (Docket No. 312);

WHEREAS, the United States of America, by and through Audrey Strauss, Acting United States Attorney, Jacob R. Fiddelman, Assistant United States Attorney, of counsel, has requested an extension of the 30-day deadline within which to file a Notice of Appeal of that judgment as required by Federal Rule of Appellate Procedure 4(b)(1)(B)(i) and 18 U.S.C. § 3731;

WHEREAS, Federal Rule of Appellate Procedure 4(b)(4) provides that "[u]pon a finding of excusable neglect or good cause, the district court may – before or after the time has expired, with or without motion and notice – extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)";

WHEREAS, the Government requests the extension to enable the Solicitor General to review the Court's judgment and determine whether to appeal the judgment; and

WHEREAS, the Court finds that the Government has demonstrated good cause to extend the time to file a notice of appeal for 30 days;

IT IS HEREBY ORDERED that the Government's deadline to file a notice of appeal is extended by 30 days, until and including November 16, 2020. *See* Fed. R. App. P. 26(a)(1)(C).


Dated: New York, New York
October  6, 2020

                                     /s/ Laura Taylor Swain
                                  THE HONORABLE LAURA TAYLOR SWAIN
                                  UNITED STATES DISTRICT JUDGE